## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**

**Case No. 1:26-cv-02777-WMR**

## NOTICE OF APPEAL

The United States of America gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit from the district court's order of July 7, 2026, Docket number 37, granting the Fulton County Board of Registration and Election's Motion to Quash Grand Jury Subpoena and denying the United States of America's Cross-Motion to Enforce Grand Jury Subpoena.

*/s/ DAN BISHOP*
DAN BISHOP
Special Attorney to the Attorney General
and United States Attorney for the Middle
District of North Carolina
N.C. State Bar Number 17333
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
Telephone: (336) 332-6333
E-mail: Dan.Bishop@usdoj.gov