IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, Petitioner–Appellee<br><br>v.<br><br>UNITED STATES OF AMERICA, Respondent–Appellant. | No. 26-12769 |

**UNITED STATES' CIVIL APPEAL STATEMENT**

As directed by the Court, the United States submits its Civil Appeal Statement. The United States believes that criminal statutes provided the district court, and now provide this Court, jurisdiction. Under this Court's precedent, jurisdiction over an order quashing a grand jury subpoena "is alternatively provided by 18 U.S.C. § 3731 (1976), authorizing appeals by the government from a district court order 'excluding evidence' in a 'criminal proceeding', or by 28 U.S.C. § 1291 (1976), the general jurisdictional statute authorizing appeals from final decisions of the district courts." *In re Grand Jury Subpoena*, 646 F.2d 963, 967 (5th Cir. 1981). Moreover, even though the United States District Court for the Northern District of Georgia docketed this case as a civil matter below,

the United States believes that the district court had jurisdiction under 18 U.S.C. § 3231.

Respectfully submitted,

/s/ Dan Bishop
J. DANIEL BISHOP
Special Attorney to the Attorney
General and United States Attorney for
the Middle District of Norh Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
(336) 332-6333
Dan.Bishop@usdoj.gov

Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12769

| Caption: | |
|---|---|
| FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, Petitioner–Appellee<br><br>V.<br><br>UNITED STATES OF AMERICA, Respondent–Appellant | District and Division: Northern District of Georgia (Atlanta)<br>Name of Judge: Hon. William M. Ray, II<br>Nature of Suit: Motion to quash or modify subpoena<br>Date Complaint Filed: 05/04/2026<br>District Court Docket Number: 1:26-cv-02777-WMR<br>Date Notice of Appeal Filed: 08/06/2026<br>☐ Cross Appeal ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ______<br>(b) Citation: ______<br>(c) Docket Number: ______ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | J. DANIEL BISHOP | 101 S. Edgeworth St., Fourth Floor<br>Greensboro, NC 27401 | (336) 332-6333<br>Dan.Bishop@usdoj.gov |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | *See Attached Page | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Quashing Grand Jury Subpoena | Amount Sought by Plaintiff: $______<br>Amount Sought by Defendant: $______<br>Awarded: $______ to ______<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

Counsel for Petitioner-Appellee
Fulton County Board of Registration and Elections

Michael Duffey
Chaiken Ghali LLP
1201 W. Peachtree Street
Suite 2300
Atlanta, GA 30309
404-795-5005
Email: mduffey@chaikenghali.com

Jack Bolen
Lowell & Associates, PLLC
1250 H Street NW
Washington, DC 20005
301-651-5610
Email:
jbolen@lowellandassociates.com

 11th Circuit Docket Number: 26-12769

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute United States v. R. Enterprises, Inc.
(b) Citation 498 U.S. 292 (1991)
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in quashing a grand jury subpoena that sought from a county election board a list of election workers who could shed light on potential irregularities in the November 2020 General Election.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 9th DAY OF September, 2026.

J. Daniel Bishop
NAME OF COUNSEL (Print)

/s/ Dan Bishop
SIGNATURE OF COUNSEL